**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CHAMPION LOCAL SCHOOL DISTRICT, | ) ) ) Case No. 4:26-cv-00436 |
| Plaintiff, | ) ) ) Judge Benita Y. Pearson |
| v. | ) ) ) **DEFENDANT ROBLOX** |
| | ) **CORPORATION'S UNOPPOSED** |
| MICROSOFT CORPORATION, et al., | ) **MOTION FOR LEAVE TO MOVE,** ) **PLEAD OR OTHERWISE RESPOND TO** |
| | ) **PLAINTIFF'S COMPLAINT** |
| Defendant. | ) |
| | ) |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Roblox Corporation ("Roblox"), by and through undersigned counsel, respectfully moves this Court for leave of 30-days, up to and including August 17, 2026,[1] to move, plead, or to otherwise respond to Plaintiff Champion Local School District's ("Plaintiff") First Amended Complaint.  Counsel for Plaintiff consents to this extension.

Plaintiff served a Waiver of the Service of Summons on counsel for Roblox on or about May 18, 2026.  Counsel for Roblox executed the waiver thereby extending the answer or motion deadline 60 days.  Roblox now seeks this extension of time not for purposes of delay or prejudice, but, rather, to provide Roblox with sufficient time to adequately investigate and respond to the allegations set forth in Plaintiff's 700 paragraph (189 page) First Amended Complaint.  Roblox has not requested, nor has the Court granted, a prior extension.  This extension will not impact or extend any other case management deadlines.

---

[1] 30 days from July 17, 2026 is Sunday, August 16, 2026.  Therefore, Roblox's response date would be the next non-holiday week-day, which is August 17, 2026.

Dated: June 25, 2026     Respectfully submitted,

             */s/ Andrew P. Guran*

| | |
|---|---|
| */s/ Andrew P. Guran* | */s/ Carausana B. Wall (by consent on 6/24/2026)* |
| Andrew P. Guran (0090649) | Carasusana B. Wall (OH 0090234) |
| **Vorys, Sater, Seymour and Pease LLP** | Ameena Alauddin (OH 102588) |
| 50 S. Main Street, Suite 1200 | **Bullock Legal Group, LLC** |
| Akron, Ohio 44308 | One Seagate, Ste. 710 |
| Telephone: (330) 208-1143 | Toledo, Ohio 43604 |
| Facsimile: (330) 208-1050 | (833) 853-4258 |
| apguran@vorys.com | (470) 412-6708 (facsimile) |
| | Cara@bullocklegalgroup.com |
| Marcel C. Duhamel (0062171) | Ameena@bullocklegalgroup.com |
| Karey E. Werner (0095685) | |
| **Vorys, Sater, Seymour and Pease LLP** | Tina Bullock (GA 121791) (PHV Forthcoming) |
| 200 Public Square, Suite 1400 | **Bullock Legal Group, LLC** |
| Cleveland, OH 44114 | 3662 Cedarcrest Road, Suite 320 |
| Telephone/Facsimile: (216) 479-6112 | Acworth, Georgia 30101 |
| mcduhamel@vorys.com | (833) 853-4258 |
| kewerner@vorys.com | (470) 412-6708 (facsimile) |
| | Ameena@bullocklegalgroup.com |
| David Fuad (PHV forthcoming) | Tina@bullocklegalgroup.com |
| John Badalich (PHV forthcoming) | |
| **Orrick, Herrington & Sutcliffe LLP** | *Attorneys for Plaintiff* |
| 355 S. Grand Ave., Ste. 2700 | |
| Los Angeles, CA 90071 | |
| (213) 612-2020 | |
| dfuad@orrick.com | |
| jbadalich@orrick.com | |

*Attorneys for Defendant Roblox Corporation*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Andrew P. Guran*
One of the Attorneys for Defendant Roblox Corporation